# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**MEREDITH VERRECCHIA,**

      **Plaintiff,**                                    **Case No.:**

**vs.**

**AMICA MUTUAL INSURANCE
COMPANY,**

      **Defendants.**

_____/

## DEFENDANT AMICA MUTUAL INSURANCE COMPANY'S NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Middle District of Florida, Ocala Division:

The Removing Defendant, AMICA MUTUAL INSURANCE COMPANY (hereinafter "AMICA"), by and through undersigned counsel, hereby files this Notice of Removal Pursuant to 28 U.S.C. §§1441 & 1446, Fed. R. Civ. P. 81 and Middle District Local Rule 4.02, and hereby removes this State Court action, which has been pending as Case No.: 2019-CA-0798, in the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida ("Action") to the United States District Court for the Middle District of Florida. In support of this notice, the Defendant states as follows:

### Background

1.    Plaintiff, MEREDITH VERRECCHIA, a resident of Hillsborough County, Florida, has filed a Complaint in the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida. Per the Complaint, at the time of the subject motor vehicle accident, Plaintiff carried uninsured/underinsured motorist insurance coverage with Defendant AMICA Mutual Insurance

Company (hereinafter "AMICA") with single limits of $500,000.00 under AMICA Policy Number 98090920LT. Defendant AMICA is a Rhode Island corporation, bearing State of Rhode Island Corporate Identification Number 000078291 (Exhibits 1 – 4).

### Citizenship

2.    Plaintiff, MEREDITH VERRECCHIA, is a citizen of and domiciled in the State of Florida:

    a.    The Plaintiff currently resides in Hillsborough County, Florida, specifically at 650 Chipper Dr., Sun City Center, Florida 33573. (See Exhibit 5)

    b.    The Plaintiff and her husband have owned the property located at 650 Chipper Dr., Sun City Center, Florida 33573since at least 2016 and claim a homestead exemption on the residence (Exhibits 5 & 6).

    c.    The Plaintiff brought a lawsuit seeking uninsured/underinsured motorist insurance benefits against her policy of insurance with AMICA, though failed to attach the declarations page to the Complaint (Exhibit 7). Notwithstanding, Plaintiff has incorporated by reference said policy based on the allegations in the Complaint. The declarations page of the subject policy of insurance indicates that the Plaintiff's address is at 650 Chipper Dr., Sun City Center, Florida 33573 (Exhibit 5).

3.    Defendant AMICA is a Citizen of the State of Rhode Island. AMICA is a duly incorporated Rhode Island corporation.

    a.    According to the State of Rhode Island and Providence Plantations Office of the Secretary of State, Division of Business Services, the location of AMICA's principal office is P.O. Box 6008, Providence, Rhode Island, 02940 (Exhibit 1).

b.  According to the Florida Department of State, Division of Corporations, AMICA's principal address is One Hundred Amica Way, Lincoln, Rhode Island, 02865 (Exhibit 2).

c.  AMICA's principal place of business is 100 Amica Way, Lincoln, Rhode Island (Exhibits 1-4). 28 U.S.C. § 1332(c)(1).

d.  AMICA's company headquarters, where its high-level officers direct, control, and coordinate the corporation's activities is 100 Amica Way, Lincoln, Rhode Island (Exhibits 1-4). Additionally, AMICA's corporate office is located at 100 Amica Way, Lincoln, Rhode Island, 02865-1156 (Exhibits 1-4).

4.    This U.S. District Court has jurisdiction of this matter pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1367. The amount in controversy in this matter is in excess of $75,000.00. Most recently, Plaintiff made a total demand for $400,000.00, with all of the $400,000.00 total demand to come from Defendant AMICA. In addition to the amount sought by the Plaintiff, the records provided with the Plaintiff's initial correct demand[1] (Exhibit 8) indicate that the Plaintiff has allegedly incurred approximately $48,522.45 in past medical costs/specials allegedly related to the subject motor vehicle accident. The Plaintiff has multilevel disc protrusions and has had multiple cervical steroid injections, cervical medial branch destruction via thermal ablation, and third occipital nerve destruction bipolar thermal ablation. Moreover, in addition to bodily injury, Plaintiff's Complaint includes allegations of pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and loss of

---

[1] Previous demands with incorrect policy limit information omitted for clarity.

ability to lead and enjoy a normal life (Exhibit 7). Lastly, it is understood that the Plaintiff is still currently receiving treatment.

5.    Additional documentation in support of the amount in controversy is available, including medical records and bills, should this Court require same. Notwithstanding, it is clear from the demand letter, the amount demanded, and other records in this case that the Plaintiff's claim is well in excess of the requisite amount in controversy.

6.    Notice Given: Defendant filed a Notice of Removal with the Clerk of the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida (Exhibit 9). See 28 U.S.C. §1146(d).

7.    Removal is Timely: The Complaint in this matter was filed on April 11, 2019; however, Defendant AMICA was not served until April 26, 2019 (Exhibit 7). This Court's Removal Jurisdiction is based upon diversity pursuant to 28 U.S.C. §1332. The amount in controversy is in excess of $75,000.00 and satisfies 28 U.S.C. §1332(a). Accordingly, this Notice of Removal is proper and timely filed within the thirty (30) days allotted for removal by 28 U.S.C. §1446(b)(3).

8.    Pleadings in Process: Under 28 U.S.C. §1446(a), the Defendant is required to attach to this notice "a copy of all process, pleadings, and orders served upon them." The attached Exhibit "7" contains all such process, pleadings, and orders served in this cause of action, which include the Notice of Service of Process and Complaint.

9.    Consent: Defendant AMICA Mutual Insurance Company consents to removal.

**WHEREFORE**, the Defendant, AMICA Mutual Insurance Company hereby removes this case from the Fifth Judicial Circuit, in and for Marion County, Florida, to this United States District Court and pray that this Court effectuate this Removal, pursuant to law.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed online with the Middle District of Florida, Ocala Division, with copies being furnished by email to **Chad S. Lucas, Esq., Morgan & Morgan, P.A.** (clucas@forthepeople.com ; abatz@forthepeople.com ; jmitchell@forthepeople.com) this 24 day of May 2019.

**MANDELBAUM, FITZSIMMONS, HEWITT & CAIN, P.A.**

**JOHN N. CAIN JR., ESQ., FBN: 0753181**
**MADELEINE C. VAUGHN, ESQ., FBN: 1010615**
Post Office Box 3373
Tampa, Florida 33601
Telephone: (813) 221-0200
Fax: (813) 221-8558
Primary Service Email: jnc@manfitzlaw.com
Secondary Service Emails: mcv@manfitzlaw.com
ecu@manfitzlaw.com
*Attorneys for Defendant AMICA*



Rhode Island Department of State:
**Nellie M. Gorbea**
Secretary of State

HOME     BUSINESS PORTAL     ELECTIONS     CIVICS AND EDUCATION

## Entity Summary

**ID Number: 000078291**                                    ( Request certificate )    ( New search )

**Summary for: AMICA MUTUAL INSURANCE COMPANY**

| | |
|---|---|
| The exact name of the Insurance:  AMICA MUTUAL INSURANCE COMPANY | |
| The fictitious name of: AMICA was filed on 12-15-1978 | |
| **Entity type:**  Insurance | |
| **Identification Number:** 000078291 | |
| **Date of Organization in Rhode Island:**  01-01-1907      **Effective Date:**  01-01-1907 | |

**The location of the Principal Office:**

Address:   P.O. BOX 6008

City or Town, State, Zip, Country:          PROVIDENCE,  RI  02940   USA

| | |
|---|---|
| Agent Resigned:  N | Address Maintained:  Y |

**The name and address of the Resident Agent:**

Name:

Address:

City or Town, State, Zip, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| | | |

**Purpose:**

JAN SES 1907

**North American Industry Classification System Code(NAICS):**

**View filings for this business entity:**

ALL FILINGS
Articles of Association
Miscellaneous Filing (Fee Applicable)
Miscellaneous Filing (No Fee)

Click here to access 2006 and 2007 annual reports filed prior to July 25, 2007. The corporate ID is required.

( View filings )

( New search )



EXHIBIT
1



# Detail by Entity Name

Foreign Profit Corporation
AMICA MUTUAL INSURANCE COMPANY

**Filing Information**

| | |
|---|---|
| **Document Number** | 829623 |
| **FEI/EIN Number** | 05-0348344 |
| **Date Filed** | 02/09/1973 |
| **State** | RI |
| **Status** | ACTIVE |

**Principal Address**

ONE HUNDRED AMICA WAY
LINCOLN, RI 02865

Changed: 03/20/1998

**Mailing Address**

P. O. BOX 6008
PROVIDENCE, RI 02940

Changed: 04/24/1995

**Registered Agent Name & Address**

CHIEF FINANCIAL OFFICER
200 E. GAINES ST
TALLAHASSEE, FL 32399-0000

Name Changed: 03/17/2003

Address Changed: 04/10/2014

**Officer/Director Detail**
**Name & Address**

Title CHAIRMAN, PRES., CEO & DIRECTOR

DIMUCCIO, ROBERT A
6 INTERVALE DRIVE
CUMBERLAND, RI 02864

Title CHIEF OPERATIONS OFFICER

MURPHY, THEODORE C

EXHIBIT
2

Detail by Entity Name

516 BLACK PLAIN ROAD
NO. SMITHFIELD, RI 02896

Title SR VP, CFO & TREA

LORING, JAMES P
46 ROCKY WOODS ROAD
HOPKINTON, MA 01748

Title SR VP & GC

SUGLIA, ROBERT P
115 DANA ROAD
NO. KINGSTOWN, RI 02825

Title SR VP & CIO

BENSON, ROBERT K
29 MELROSE AVENUE
BARRINGTON, RI 02806

Title SR. ASST. VP & SEC

CASEY, SUZANNE E
11 HOLLY LANE
WEST HARWICH, MA 02671

Title SR VP & Superintendent of SCS

Bussiere, James A.
8 Glen Ellen Drive
Cumberland, RI 02864

Title SVP – Human Resources

Andy, Jill H.
3 Fletcher Way
Norton, MA 02766

Title SVP & CIO

Moreau, Peter E.
69 Turnstone Drive
Attleboro, MA 02703

Title Director

Chadwick, Patricia W.
31 Hillcrest Park Road
Old Greenwich, CT 06870

Title Director

Aiken, Jeffrey P.
1071 E. Circle Drive
Whitefish Bay, WI 53217

Title Director

Machtley, Ronald K.
1150 Douglas Pike
Smithfield, RI 02917

Title Director

Jeans, Michael D.
95 Westford Road
Concord, MA 01742

Title Director

Reaves, Donald J.
8102 Championship Court
Lakewood Ranch, FL 34202

Title Director

Canales, Debra A.
6495 Engh Pl
Timnath, CO 80547-2251

Title Director

Avery, Jill J.
167 Brattle Street
Cambridge, MA 02138

Title VICE PRESIDENT & CHIEF ACTUARY

DROGAN, PETER F.
7 WILDWOOD LANE
SOUTH WALPOLE, MA 02071

Title SR. VICE PRESIDENT

DECUBELLIS, LISA M.
165 MEDWAY STREET
PROVIDENCE, RI 02906

Title VICE PRESIDENT

MAJOR, DARLENE A.
3 PHEASANT HILL LANE
CRANSTON, RI 02921

Title SR. VICE PRESIDENT

WELCH, SEAN F
73 PINE WOODS ROAD
NORTH STONINGTON, CT 06359

Title VICE PRESIDENT & CONTROLLER

MACEDO, DAVID J.
10 SPARROW LANE
CRANSTON, RI 02921

Title VICE PRESIDENT

FITZGERALD, WILLIAM H.
56 VARNUM AVENUE
BRISTOL, RI 02809

Title Sr. VICE PRESIDENT

NOVEILLO, ANTHONY, III
53 HANCOCK ROAD
FRANKLIN, MA 02038

Title VICE PRESIDENT

GILLERLANE, MICHAEL G.
84 ASHLEY LANE
COLCHESTER, CT 06415

Title VP

Gosselin, Roberta E
6 MIDDLEBROOK LANE
LINCOLN, RI 02865

Title VP

O'BRIEN, SHANNON
39 FARMINGTON DRIVE
SHREWSBURY, MA 01545

Title VP, AND ASSOCIATE GENERAL COUNSEL

MORRISON, JENNIFER
65 SOUTH STREET
FOXBORO, MA 02035

Title Director

MARINO, PETER
36 HARWICH ROAD
PROVIDENCE, RI 02906

Title Director

SOUZA, DIANE
3430 GALT OCEAN DRIVE
#1111
FORT LAUDERDALE, FL 33308

Title Director

PAUL, DEBRA
14 JASONS GRANT DRIVE
CUMBERLAND, RI 02864

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2017 | 02/27/2017 |
| 2018 | 01/23/2018 |
| 2019 | 03/29/2019 |

**Document Images**

| | |
|---|---|
| 03/29/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/23/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/27/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/03/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/04/2012 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/22/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/12/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/22/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2005 -- ANNUAL REPORT | View image in PDF format |
| 02/18/2004 -- ANNUAL REPORT | View image in PDF format |
| 02/25/2003 -- ANNUAL REPORT | View image in PDF format |
| 01/31/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2001 -- ANNUAL REPORT | View image in PDF format |
| 03/28/2000 -- ANNUAL REPORT | View image in PDF format |
| 03/24/1999 -- ANNUAL REPORT | View image in PDF format |
| 03/20/1998 -- ANNUAL REPORT | View image in PDF format |
| 03/18/1997 -- ANNUAL REPORT | View image in PDF format |
| 04/30/1996 -- ANNUAL REPORT | View image in PDF format |
| 04/24/1995 -- ANNUAL REPORT | View image in PDF format |

5/10/2019

# Company Facts and History
## Overview

**Name:** Amica Mutual Insurance Company

**Headquarters:** 100 Amica Way, Lincoln, RI

**Established:** 1907 – Amica is the oldest mutual insurer of automobiles in the United States.

**Company Profile:** Amica is a direct writer of personal insurance with auto, homeowners, personal excess liability and marine coverages. The company is known in the insurance industry for its financial strength and exceptional customer service.

**Senior Officer:** Robert A. DiMuccio, chairman, president and chief executive officer

**Ratings**

- A+ (Superior) from A.M. Best Company as of Feb. 3, 2017*
- Repeatedly recognized for exceptional service in auto and homeowners insurance surveys by a leading consumer publication.

**Financial Strength**

Assets as of Dec. 31, 2016 – $5.1 billion
Policy counts as of Dec. 31, 2016 – 1.6 million

## Subsidiaries

**Amica Life Insurance Company** – Directly offers life insurance and annuity products. Also offers some health and specialty products (through Amica General Agency and on a direct-referral basis), which vary by state. It does business in all states except for Hawaii. Chartered in 1969.

**Amica Property and Casualty Insurance Company** – A wholly owned subsidiary of Amica Mutual Insurance Company that provides auto insurance in New Jersey and New York. Established in 2005. New Jersey auto insurance was provided by Amica Mutual Insurance Company prior to 2005.

**Amica General Agency, Inc.** – A wholly owned subsidiary of Amica Mutual Insurance Company established to assist with special or unique insurance needs. Incorporated in 1987.

```
EXHIBIT
3
```

## Our History

**1907 –** The Automobile Mutual Insurance Company of America was founded in Providence by A.T. Vigneron. It offered automotive, fire and theft insurance.

**1914 –** The Factory Mutual Liability Insurance Company of America was chartered for the purpose of providing liability insurance to Automobile Mutual policyholders.

**1941 –** The company opened its first branch office in Boston.

**1956 –** The company began issuing homeowners insurance in 1956. It later added marine and personal excess liability insurance.

**1970 –** Amica Life Insurance Company wrote its first policy.

**1973 –** Automobile Mutual and Factory Mutual merged to form a more efficient corporate identity.

**1994 –** Amica's corporate offices moved from Providence to Lincoln, RI.

**2005 –** Robert A. DiMuccio was elected Amica's president and chief executive officer. The title of chairman was added in 2008.

**2007 –** Amica celebrated its 100th anniversary.

**2014 –** Amica has 44 offices across the country and thrives as the oldest mutual insurer of automobiles in the United States.

\*A.M. Best Company. Feb. 3, 2017. For the latest rating, access ambest.com.

Ⓐ Account     Billing     Policies     Claims     Profile

Products



            

Auto    Home    Life    Condo    Renters    Retirement    Marine    Motorcycle    Umbrella    Small Business    Wedding & Events    All Products

About Us

About Us

Company Facts & History
Mission Statement
Awards and Recognition
Careers
Sponsorships
Charitable Grants
Media Center
Amica Today Magazine
Annual Report
Licensing Information
Amica Mobile

Tools & Services

5/10/____



Roadside Assistance
Car Connection
Contractor Connection
Refer a Friend

**800-242-6422**

  

Site Map  |  Privacy and Security  |  Accessibility  |  Help  |  Español  |  Contact Us

Copyright © 1998-2019 Amica, 100 Amica Way, Lincoln, RI 02865

5/10/2019

Amica Insurance – Contact Us

**Amica**
Auto  Home  Life

Login

Get a Quote    Products    Claim Center    Customer Service    About Us

Get a Quote    Products    Claim Center    Customer Service    About Us

Home > Customer Service > Contact Us

# Customer Service

## Contact Us

| Email | Phone | Postal Mail | Find an Office |

## Find an Office

Information about our branch offices is available through our office directory. Find the address and driving directions to our local office by providing your ZIP code or selecting a state below.

Enter ZIP Code: [          ]  [Go]  OR  Select a State: [ Select ▲▼ ]

## Corporate Office

100 Amica Way
Lincoln, RI 02865-1156



**Phone and Fax Numbers:**
800-652-6422
Corporate Office Fax: 866-934-8721
Claims Fax: 888-232-1677
Sales & Client Services Fax: 401-334-1492

Map and directions to this office

### Amica Products
Auto Insurance
Home Insurance
Life Insurance
Condo Insurance
Renters Insurance
Retirement Products

### About Us
Company Facts & History
Mission Statement
Awards and Recognition
Careers
Sponsorships
Charitable Grants

### Account
Billing
Policies
Claims
Profile

### Tools and Services

Facebook

EXHIBIT
4

https://www.amica.com/Amica/Customer-Service/Contact-Us.jsp

1/2

5/10/2019                                        Amica Insurance - Contact Us

Marine Insurance          Media Center              Roadside Assistance
Motorcycle Insurance      Amica Today Magazine      Car Connection
Umbrella Insurance        Annual Report             Contractor Connection
Small Business            Licensing Information     Refer a Friend
Wedding & Event           Amica Mobile

---

Copyright © 1998-2019 Amica, 100 Amica Way, Lincoln, RI 02865 800-242-6422

Site Map | Privacy and Security | Accessibility | Help | Español | Contact Us

# Amica Mutual Insurance Company
### Lincoln, Rhode Island

Page 1 of 3

**DECLARATIONS**                                PERSONAL AUTO POLICY NO. 98090920LT

**NAMED INSURED AND ADDRESS**                 POLICY PERIOD: 12:01 A.M., STANDARD TIME
PAUL V. VERRECCHIA AND                        **From:** SEPTEMBER 29, 2017
MEREDITH C. VERRECCHIA                        **To:** SEPTEMBER 29, 2018
650 CHIPPER DR
SUN CITY CENTER FL 33573

| | | |
|---|---|---|
| 1 | 2016 BUICK CASCADA CONVERTIBLE<br><br>VIN W04WT3N58GG032374<br>USE: AVERAGE DAILY MILEAGE 02 MILES | ACAR LEASING LTD<br>PO BOX 9000<br>LUTHERVILLE MD 21094 |
| 2 | 2007 HYUNDAI SANTA FE SE/LTD<br>    UTILITY<br>VIN 5NMSH13E77H077263<br>USE: AVERAGE DAILY MILEAGE 03 MILES | |
| | | |
| | | |
| | | |
| | | |

The Auto(s) or Trailer(s) described in this  policy is principally garaged at the above  address unless otherwise stated on the coverage pages.

SAFE DRIVER PLAN CHARGEABLE POINTS - 1.0

**RATES ARE BASED ON THE FOLLOWING HOUSEHOLD DRIVERS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | PAUL V. VERRECCHIA | V620698492590 | 07 19 49 | M | M | 07 | 65 |
| 2 | MEREDITH C. VERRECCHIA | V620540578410 | 09 21 57 | F | M | 09 | 73 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |

EXHIBIT
**5**

# Amica Mutual Insurance Company
**Lincoln, Rhode Island**

Page 2 of 3

### CONTINUATION OF DECLARATIONS FOR PERSONAL AUTO POLICY NO.   98090920LT

**NAMED INSURED**

    PAUL V. VERRECCHIA AND
    MEREDITH C. VERRECCHIA

| | | | AUTO 1 2016 BUIC | AUTO 2 2007 HYUN |
|---|---|---|---|---|
| **A. LIABILITY** | $ 500,000 | each accident | $ | $ |
| **B. MEDICAL PAYMENTS** | $ | each person | | |
| **C. UNINSURED MOTORISTS #** | $ 500,000 | each accident | $ | $ |
| **D. DAMAGE TO YOUR AUTO** (ACV means Actual Cash Value) | | | | |
|   **1. Collision Loss** AUTO 1   AUTO 2 | | | | |
|     ACV minus deductible of $ 500   $ 500 | | | $ | $ |
|   **2. Other Than Collision Loss** AUTO 1   AUTO 2 | | | | |
|     ACV minus deductible of $ 200   $ 200 | | | $ | $ |
| **TOWING AND LABOR COSTS** $ | 100 | each disablement | $ | $ |
| **OPTIONAL TRANSPORTATION EXPENSES** | | | | |
|   AUTO 1      AUTO 2 | | | | |
| $ 30 DAY/      $ 30 DAY/ | | | | |
| $ 900 MAX      $ 900 MAX | | | $ | $ |
| **#**LIMITS NON-STACKED | | | | |
| FL PERSONAL INJURY PROTECTION | | | $ | $ |

**GARAGING LOCATION**
1-IN GARAGE    650 CHIPPER DR SUN CITY CENTER FL 33573
2-IN GARAGE    650 CHIPPER DR SUN CITY CENTER FL 33573

TOTAL PREMIUM FOR EACH AUTO                    $            $
                                      TOTAL PREMIUM    $

# Amica Mutual Insurance Company
## Lincoln, Rhode Island

Page 3 of 3

### CONTINUATION OF DECLARATIONS FOR PERSONAL AUTO POLICY NO. 98090920LT

**NAMED INSURED**

PAUL V. VERRECCHIA AND
MEREDITH C. VERRECCHIA

PASSIVE RESTRAINT DISCOUNT AUTOS 1,2
ANTI-LOCK BRAKING SYSTEM AUTOS 1,2
ANTI-THEFT DEVICE DISCOUNT AUTOS 1,2
MULTI-CAR DISCOUNT

| | |
|---|---|
| PP 00 01 01 05 | PERSONAL AUTO POLICY |
| PP 03 03 04 86 | TOWING AND LABOR COSTS COVERAGE |
| PP 03 05 08 86 | LOSS PAYABLE CLAUSE |
| PP 05 54 07 13 | PERSONAL INJURY PROTECTION COVERAGE - FLORIDA |
| PP 03 02 06 98 | OPTIONAL LIMITS TRANSPORTATION EXPENSES COVERAGE |
| PP 13 06 01 09 | CUSTOM EQUIPMENT EXCLUSION ENDORSEMENT |
| PP 04 42 01 08 | UNINSURED MOTORISTS COVERAGE - FLORIDA (NON-STACKED) |
| PP 01 84 11 13 | AMENDMENT OF POLICY PROVISIONS - FLORIDA |
| FL 00 12 12 15 | AMENDMENT OF PERSONAL AUTO POLICY PROVISIONS - FLORIDA |
| PP 03 09 01 05 | SINGLE LIABILITY LIMIT |
| PP 13 01 12 99 | COVERAGE FOR DAMAGE TO YOUR AUTO EXCLUSION ENDORSEMENT |
| PP 03 26 06 94 | LIABILITY COVERAGE EXCLUSION ENDORSEMENT |
| PP 04 06 06 98 | SINGLE UNINSURED MOTORIST LIMIT - (NON-STACKED) |
| PP 03 19 08 86 | ADDITIONAL INSURED - LESSOR |

This policy shall not be valid unless countersigned by our authorized agent or representative.

Countersigned by......................................................

Authorized Representative



**Bob Henriquez**
**Hillsborough County Property Appraiser**

https://www.hcpafl.org/
15th Floor County Ctr.
601 E. Kennedy Blvd, Tampa, Florida 33602-4932
Ph: (813) 272-6100

# Folio: 079546-8286



## Owner Information

| | |
|---|---|
| Owner Name | VERRECCHIA PAUL V |
| | VERRECCHIA MEREDITH |
| Mailing Address | 650 CHIPPER DR |
| | SUN CITY CENTER, FL 33573-5876 |
| Site Address | 650 CHIPPER DR, SUN CITY CENTER |
| PIN | U-18-32-20-9Y4-000005-00024.0 |
| Folio | 079546-8286 |
| Prior PIN | U-18-32-20-ZZZ-000003-22710.S |
| Prior Folio | 079545-5000 |
| Tax District | U UNINCORPORATED |
| Property Use | 0106 TOWNHOUSE/VILLA |
| Plat Book/Page | 123/82 |
| Neighborhood | 228003.00 I Sun City South Area |
| Subdivision | 9Y4 I SUN CITY CENTER UNIT 274 AND 275 |

## Value Summary

| Taxing District | Market Value | Assessed Value | Exemptions | Taxable Value |
|---|---|---|---|---|
| County | $235,226 | $168,438 | $50,000 | $118,438 |
| Public Schools | $235,226 | $168,438 | $25,000 | $143,438 |
| Municipal | $235,226 | $168,438 | $50,000 | $118,438 |
| Other Districts | $235,226 | $168,438 | $50,000 | $118,438 |

Note: This section shows Market Value, Assessed Value, Exemptions, and Taxable Value for taxing districts. Because of changes in Florida Law, it is possible to have different assessed and taxable values on the same property. For example, the additional $25,000 Homestead Exemption and the non-homestead CAP do not apply to public schools, and the Low Income Senior Exemption only applies to countywide and certain municipal millages.

## Sales Information

| Book | Page | Month | Year | Type Inst | Qualified or Unqualified | Vacant or Improved | Price |
|---|---|---|---|---|---|---|---|
| 23592 | 1679 | 09 | 2015 | WD | Qualified | Improved | $265,400 |
| 19944 | 1701 | 06 | 2010 | WD | Unqualified | Vacant | $9,900,000 |



EXHIBIT

6

## Building Information

**Building 1**

| | |
|---|---|
| Type | 24 I TOWNHOUSE |
| Year Built | 2015 |

### Building 1 Construction Details

| Element | Code | Construction Detail |
|---|---|---|
| Class | C | Masonry or Concrete Frame |
| Exterior Wall | 7 | Masonry Frm: Stucco |
| Roof Structure | 3 | Gable or Hip |
| Roof Cover | 3 | Asphalt/Comp. Shingle |
| Interior Walls | 5 | Drywall |
| Interior Flooring | 8 | Carpet |
| Interior Flooring | 7 | Tile |
| Heat/AC | 2 | Central |
| Condition | 3 | Average |
| Bedrooms | 3.0 | |
| Bathrooms | 2.0 | |
| Stories | 1.0 | |
| Units | 1.0 | |



### Building 1 subarea

| Area Type | Gross Area | Heated Area | Depreciated Value |
|---|---|---|---|
| FSP | 140 | | $4,424 |
| BAS | 1,800 | 1,800 | $189,612 |
| FGR | 420 | | $22,121 |
| FOP | 25 | | $632 |
| Totals | 2,385 | 1,800 | $216,789 |

## Extra Features

| OB/XF Code | Description | Building | Year On Roll | Length | Width | Units | Value |
|---|---|---|---|---|---|---|---|
| 0115 | CONCRETE PAVERS | 1 | 2016 | 0 | 0 | 112.00 | $798 |
| 0480 | SCREEN PORCH | 1 | 2016 | 0 | 0 | 84.00 | $1,144 |
| 0400 | SCREEN ENCLOSURE | 1 | 2018 | 0 | 0 | 382.00 | $1,519 |

## Land Information - Total Acreage: 0.13

| Use Code | Description | Zone | Front | Depth | Land Type | Total Land Units | Land Value |
|---|---|---|---|---|---|---|---|
| 0040 | CONDO/TOWNHOUSE | PD-MU | 0.0 | 0.0 | UT I UNITS | 1.00 | $100 |

## Legal Description

SUN CITY CENTER UNIT 274 AND 275 LOT 24 BLOCK 5



Due to the annual Tax Certificate Sale, all wire payments must be submitted by 5:00 PM EST, May 23, 2019.

All Online Property Tax payments must be submitted by 11:59 PM EST, May 23, 2019.

Attention Hillsborough County Taxpayers for instructions on how to use this site, click on the online payment tutorials.

Property Tax Online Payment Tutorial
Business Tax Online Payment Tutorial

## 2016 Roll Details — Real Estate Account At 650 CHIPPER DR, SUN CITY CENTER 33573

🖨 Print this page

Real Estate Account #A0795468286    🔲 Parcel details   🔲 Latest bill   🔲 Full bill history

| 2018 | 2017 | 2016 | 2015 |
|------|------|------|------|
| PAID | PAID | PAID | PAID |

📧 Get Bills by Email

**PAID** 2016-11-23 $2,635.93
Receipt #16-0-049544

| | |
|---|---|
| Owner: | VERRECCHIA PAUL V |
| | 650 CHIPPER DR |
| | SUN CITY CENTER, FL 33573-5876 |
| | and 1 other |
| Situs: | 650 CHIPPER DR |
| | SUN CITY CENTER 33573 |
| Account number: | A0795468286 |
| Folio: | 795468286 |
| Millage code: | U |
| Millage rate: | 19.0929 |
| Escrow company: | CENLAR FEDERAL SAVINGS BANK (10331) |
| | TAX OUTSOURCING |
| | 6053 S FASHION SQUARE DR #200 |
| | MURRAY, UT 84107 |
| Assessed value: | 157,127 |
| School assessed value: | 157,127 |

Exemptions

| | |
|---|---|
| HOMESTEAD BANDED: | 25,000 |
| Homested: | 25,000 |



650 Chipper Dr
650 Chipper Dr, Sun City Center, FL 33573   Save

View larger map

650 Chipper Drive

Chipper Dr

Map data ©2019 Google Imagery ©2019, DigitalGlobe, U.S. Report a map error
Location is not guaranteed to be accurate.

GIS - Property Appraiser   🔲 View

2016 Annual bill

| | |
|---|---|
| Ad valorem: | $2,218.00 |
| Non-ad valorem: | $527.76 |
| Total Discountable: | 2745.76 |
| No Discount NAVA: | 0.00 |
| Total tax: | $2,745.76 |

Legal description

SUN CITY CENTER UNIT 274 AND 275 LOT 24 BLOCK 5

Location

| | |
|---|---|
| Book, page, item: | 123-82- |
| Geo number: | U-18-32-20-9Y4-000005-00024.0 |
| Range: | 20 |
| Township: | 32 |
| Section: | 18 |
| Neighborhood: | Condo Group 079 |
| Block: | 000005 |

Lot: 00024.0
Use code: 0105
Total acres: 0.130

**Addresses**

     Other owners: VERRECCHIA MEREDITH



© 1997–2019, Grant Street Group. All rights reserved.      Help - Contact us - Terms of service - Tax Collector home







*19-000113387*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

MEREDITH VERRECCHIA

PLAINTIFF(S)

VS.

AMICA MUTUAL INSURANCE COMPANY

DEFENDANT(S)

SUMMONS, COMPLAINT

| | |
|---|---|
| CASE #: | 19-CA-0798 |
| COURT: | CIRCUIT COURT |
| COUNTY: | MARION |
| DFS-SOP #: | 19-000113387 |

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on Friday, April 26, 2019 and a copy was forwarded by ELECTRONIC DELIVERY on Wednesday, May 1, 2019 to the designated agent for the named entity as shown below.

AMICA MUTUAL INSURANCE COMPANY
SUZANNE E CASEY
POST OFFICE BOX 6008
PROVIDENCE, RI 02940

*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080

Jimmy Patronis
Chief Financial Officer

CHAD LUCAS, ESQUIRE
20 N. ORANGE AVE., 16TH FLOOR
P.O. BOX 4979
ORLANDO, FL 32802-4979

DR1

EXHIBIT
7

tabbies

Filing # 87924058 E-Filed 04/12/2019 03:54:28 PM

Date 4/26/19    Time 10:45am
Initials cml    ID# 101

RECEIVED AS STATUTORY REGISTERED AGENT
on 26 April, 2019 and served on defendant or named party on 01 May, 2019
by the Florida Department of Financial Services

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN AND
FOR MARION COUNTY, FLORIDA

CASE NO: 19-CA-0798

MEREDITH VERRECCHIA,

    Plaintiff,

vs.

AMICA MUTUAL INSURANCE
COMPANY,

    Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

        YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint
or Petition in the above-styled cause upon the Defendant:

**AMICA MUTUAL INSURANCE COMPANY**
c/o Registered Agent, Chief Financial Officer
200 E. Gaines Street
Tallahassee, Florida 32399-0000

        Each Defendant is hereby required to serve written defenses to said Complaint or Petition
on CHAD LUCAS, ESQUIRE, Morgan & Morgan, P.A., 20 North Orange Avenue, Suite 1600,
P.O. Box 4979, Orlando, Florida 32802-4979, Telephone: (407) 420-1414, within twenty (20) days
after service of this Summons upon you, exclusive of the day of service, and to file the original of
said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or
immediately thereafter. If you fail to do so, a default will be entered against you for the relief
demanded in the Complaint or Petition.

1

Electronically Filed Marion Case # 19CA000798AX 04/11/2019 12:57:20 PM

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, **MARION COUNTY COURTHOUSE, 110 N.W. FIRST AVENUE, OCALA, FLORIDA 34475, (904) 620-3582**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

WITNESS my hand and the seal of this Court on this the ___12TH___ day of ___APRIL___, 2019

DAVID ELLSPERMANN
Clerk of the Circuit Court

By _____
As Deputy Clerk

2

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los numbres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado immediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su centa, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted inviar por correo o entregar una copia de su respuesta a la persona denuminada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

"De acuerdo con el Acto o' Decreto de los Americanos con Impedimentos Inhabilitados, personas en necesidad del servicio especial para participar en estce procedimiento deberan, dentro de un tiempo razonable, antes de cualquier procedimiento, ponerse en un tiempo razonable, antes de cualquier procedimiento, ponerse en contacto con la oficina Administrativa de la Corte, Telefono (TDD) 1-800-955-8771 o Voice (V) 1-800-955-8770, via Florida Relay Service.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger' vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez

3

telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

En accordance avec la Loi des "Americans With Disabilities". Les personnes en besoin d'une accomodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contracter l'office administrative de la Court situe au le telephone ou Telefono (TDD) 1-800-955-8771 ou Voice (V) 1-800-955-8770, via Florida Relay Service.

MORGAN & MORGAN, P.A.
POST OFFICE BOX 4979
20 NORTH ORANGE AVENUE, SUITE 1600
ORLANDO, FLORIDA 32802-4979

4

Filing # 87831181 E-Filed 04/11/2019 12:57:20 PM

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN AND
FOR MARION COUNTY, FLORIDA

CASE NO:

MEREDITH VERRECCHIA,

        Plaintiff,

vs.

AMICA MUTUAL INSURANCE
COMPANY,

        Defendant.             /

### COMPLAINT

Plaintiff, MEREDITH VERRECCHIA, by and through undersigned counsel and sues the Defendant, AMICA MUTUAL INSURANCE COMPANY, and state the following:

1.    This is an action for damages, which exceed the sum of Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2.    At all times material to this action, Plaintiff, MEREDITH VERRECCHIA, was a natural person residing in Hillsborough County, Florida

3.    At all times material to this action, Defendant, AMICA MUTUAL NSURANCE COMPANY, was and is a foreign corporation, authorized to do and doing business in Florida.

4.    On or about January 10, 2018, Plaintiff, MEREDITH VERRECCHIA was a passenger in a vehicle driven by Paul Verrecchia who owned and was operating a 2016 Buick Cascada (VIN W04WT3N58GG032374) in Ocala, Marion County, Florida.

5.    On or about January 10, 2018, Tina Levick was operating a motor vehicle in Ocala, Marion County, Florida.

1

6.      At that time and place, Tina Levick, who was underinsured/uninsured, negligently operated and/or maintained said motor vehicle so that it collided with a motor vehicle that Plaintiff, MEREDITH VERRECCHIA, was a passenger.

7.      At all times material hereto, Plaintiff, MEREDITH VERRECCHIA, was and is eligible for a policy of insurance providing uninsured/underinsured motorists' coverage with Defendant, AMICA MUTUAL NSURANCE COMPANY, Policy Number 98090920LT.

8.      At all times material hereto, Plaintiff, MEREDITH VERRECCHIA, had in force and effect a policy of insurance providing uninsured/underinsured motorists' coverage with Defendant, AMICA· MUTUAL NSURANCE COMPANY, Policy Number 98090920LT. Defendant is in possession of the insurance disclosure provided to Plaintiff relative to the type and amount of coverage available under said policy.

9.      This action is brought pursuant to Section 627.727, *Fla. Stat.* against Defendant, AMICA MUTUAL NSURANCE COMPANY, as the uninsured/underinsured motorist insurer for Plaintiff, MEREDITH VERRECCHIA.

10.     Defendant, AMICA MUTUAL NSURANCE COMPANY, is responsible for uninsured/underinsured motorists' benefits as provided in the contracts of insurance, specifically, Policy Number 98090920LT, which was in effect on the date of the accident herein, a copy of which is in Defendant's possession.

11.     Defendant, AMICA MUTUAL INSURANCE COMPANY, is responsible for damages, injuries and loss to Plaintiff caused by the uninsured/underinsured motorist, Tina Levrick.

12.    As a direct and proximate result of Tina Levick's negligence, the Plaintiff, MEREDITH VERRECCHIA, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are permanent and continuing in nature within a reasonable degree of medical probability and the Plaintiff will suffer these losses in the future.

WHEREFORE, Plaintiff, MEREDITH VERRECCHIA, demands judgment for damages, costs, prejudgment interest for any out of pocket payments for expenses made by Plaintiff prior to entry of judgment, and any other relief this Court deems appropriate against Defendant, AMICA MUTUAL NSURANCE COMPANY, and other such relief deemed proper by the Court. Plaintiffs also demand a jury trial on all issues so triable.

RESPECTFULLY submitted this 11th day of April, 2019.

/s/ Chad S. Lucas
Chad S. Lucas, Esquire
FBN 132225
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor,P.O. Box 4979
Orlando, FL 32802-4979
Telephone:    (407) 420-1414
Facsimile:    (407) 245-3356
Primary email: CLucas@forthepeople.com
Secondary email: ABatz@forthepeople.com
Secondary email: JMitchell@forthepeople.com
Attorneys for Plaintiff

3

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, FLORIDA
CIVIL DIVISION

MEREDITH VERRECCHIA,

      Plaintiff,                          Case No.: 2019- CA-0798

vs.

AMICA MUTUAL INSURANCE
  COMPANY,

      Defendants.

_____/

## DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL ON ALL ISSUES SO TRIABLE

**COMES NOW** the Defendant **AMICA MUTUAL INSURANCE COMPANY**, by and through undersigned counsel, and hereby answers Plaintiff's Complaint, respectively and as follows:

1.      Admitted for jurisdictional purposes only. All other inferences are herein denied.

2.      Admitted upon representation and belief.

3.      Admitted.

4.      Without knowledge as to whether the vehicle was operated in Marion County as the accident occurred in Alachua County. Admitted upon representation and belief that Plaintiff was a passenger in a vehicle driven by Paul Verrechia who owned and operated a 2016 Buick Cascada on the date of the accident.

5.      Without knowledge as to whether Tina Levick was operating a motor vehicle in Ocala, Marion County as the accident occurred in Hawthorn, Alachua County.

6.      Without knowledge, therefore denied.

7.      Admitted.

8.     Admitted.

9.     Admitted to the extent that Fla. Stat. § 627.727 is the Florida uninsured/underinsured motorist statute and that this is an action for underinsured motorist benefits. All other inferences denied.

10.    Denied as stated.

11.    Denied as stated.

12.    Without knowledge, therefore denied. Defendant demands strict proof thereof.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Plaintiff is not entitled to damages for failing to mitigate his damages.

### SECOND DEFENSE

The Plaintiff is not entitled to damages in this action for not meeting the tort threshold for permanent injury.

### THIRD DEFENSE

Defendant is not liable to the Plaintiff in whole or in part, since any injuries that were allegedly sustained by the Plaintiffs in the subject motor vehicle accident were pre-existing.

### FOURTH DEFENSE

Any injuries that may have been sustained by the Plaintiff are the result in whole or in part of his own negligence in failing to use a seatbelt or other available safety restraint. Accordingly, the Plaintiff's recovery should be barred in its entirety and/or diminished based on Plaintiffs failure to use said safety equipment.

## FIFTH DEFENSE

All damages which the Plaintiff may be entitled to recover are covered by collateral sources and are either reducible or not recoverable in this action. As such, Defendant is entitled to any set-off allowable by law.

## SIXTH DEFENSE

Any recovery by the Plaintiff is subject to the applicability of Florida Statutes § 768.81.

## SEVENTH DEFENSE

Any recovery by the Plaintiff is subject to the applicability of Florida Statutes § 627.736, and Defendant is entitled to any set-offs pursuant to same.

## EIGHTH DEFENSE

The Plaintiff failed to complete the procedures required by the subject insurance policy. Defendant herein pleads and incorporates by reference any and all defenses, policies, and procedures, as outlined in the subject AMICA policy referenced by the Plaintiff in the Complaint.

## NINTH DEFENSE

Any recovery by the Plaintiff should be reduced or barred to the extent of available insurance coverage, including benefits available through any guaranty association or other governmental authority, available to any individual or entity which may be wholly or partially responsible for the damages alleged in connection with the subject matter of the incident herein.

## TENTH DEFENSE

Defensive Collateral Estoppel. The Plaintiff is estopped from re-litigating injuries and damages he has been compensated for by third parties.

### ELEVENTH DEFENSE

Defensive Collateral Estoppel. The Plaintiff is estopped from re-litigating injuries and damages he has been compensated for from the tortfeasor.

### TWELFTH DEFENSE

Defensive Collateral Estoppel. The Plaintiff is estopped from re-litigating injuries and damages he has been compensated for by collateral sources.

### THIRTEENTH DEFENSE

The Plaintiffs Complaint fails to state a claim upon which relief may be granted.

### RESERVATION OF DEFENSES

Defendant reserves the right to seek leave to amend its Answer to include additional affirmative defenses as they become known.

### **DEMAND FOR JURY TRIAL**

Defendant hereby demands a trial by jury for all issues so triable.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed online using the Florida E-Filing Portal as mandated by Fla. R. of J. Admin 2.516(b)(1) with copies being furnished to **Chad S. Lucas, Esq., Morgan & Morgan, P.A.** (clucas@forthepeople.com ; abatz@forthepeople.com ; jmitchell@forthepeople.com) this 15 day of May 2019.

**MANDELBAUM, FITZSIMMONS, HEWITT & CAIN, P.A.**

**JOHN N. CAIN JR., ESQ., FBN: 0753181**
**MADELEINE C. VAUGHN, ESQ., FBN: 1010615**
Post Office Box 3373
Tampa, Florida 33601
Telephone: (813) 221-0200
Fax: (813) 221-8558
Primary Service Email: jnc@manfitzlaw.com
Secondary Service Emails: mcv@manfitzlaw.com
ecu@manfitzlaw.com
*Attorneys for Defendant AMICA*

Filing # 90061198 E-Filed 05/23/2019 08:09:07 PM

**IN THE CIRCUIT COURT OF THE**
**FIFTH JUDICIAL CIRCUIT, IN AND**
**FOR MARION COUNTY, FLORIDA**

**CASE NO:  2019-CA-0798**

MEREDITH VERRECCHIA,

       Plaintiff,

vs.

AMICA MUTUAL INSURANCE
COMPANY,

       Defendant.

_____ /

### REPLY TO AFFIRMATIVE DEFENSES

COMES NOW the Plaintiff, MEREDITH VERRECCHIA, by and through the undersigned

attorney and in reply to the affirmative defenses heretofore set forth in Defendant's, AMICA

MUTUAL INSURANCE COMPANY, Answer, Affirmative Defenses, and Demand for Jury Trial

on all Issues So Triable served on May 15, 2019 and specifically denies each and every allegation

contained in each and every affirmative defense and demands strict proof thereof.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2019, I electronically filed the foregoing with the

Clerk of the Courts by using the Florida Courts eFiling Portal.  I further certify that Pursuant to

Rule 2.516(b)(1) I forwarded the foregoing this same day via: **X** Email, ☐ U.S. Mail – postage

paid, ☐ facsimile transmission, to:  John N. Cain, Jr., Esquire and Madeleine C. Vaughn,

Esquire, Mandelbaum, Fitzsimmons, Hewitt & Cain, P.A., P.O. Box 3373, Tampa, FL 33601,

jnc@manfitzlaw.com, mcv@manfitzlaw.com and ecu@manfitzlaw.com.


*/s/ Chad S. Lucas*

Chad S. Lucas, Esquire
FBN 132225
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:      (407) 420-1414
Facsimile:      (407) 245-3356
Primary email: CLucas@forthepeople.com
Secondary email: ABatz@forthepeople.com
Secondary email: JMitchell@forthepeople.com
Attorneys for Plaintiff

Filing # 90061198 E-Filed 05/23/2019 08:09:07 PM

**IN THE CIRCUIT COURT OF THE**
**FIFTH JUDICIAL CIRCUIT, IN AND**
**FOR MARION COUNTY, FLORIDA**

**CASE NO: 2019-CA-0798**

**MEREDITH VERRECCHIA,**

        **Plaintiff,**

**vs.**

**AMICA MUTUAL INSURANCE**
**COMPANY,**

        **Defendant.**

_____ /

## NOTICE OF SERVICE OF INTERROGATORIES

TO:   **AMICA MUTUAL INSURANCE COMPANY**

    COMES NOW the Plaintiff, **MEREDITH VERRECCHIA**, by and through the undersigned counsel and hereby propounds upon Defendant, **AMICA MUTUAL INSURANCE COMPANY**, and pursuant to Rule 1.340, Florida Rules of Civil Procedure, the attached interrogatories, answers to which will be due within thirty (30) days from the date of service hereof.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Courts by using the Florida Courts eFiling Portal. I further certify that Pursuant to Rule 2.516(b)(1) I forwarded the foregoing this same day via: **X** Email, ☐ U.S. Mail – postage paid, ☐ facsimile transmission, to: John N. Cain, Jr., Esquire and Madeleine C. Vaughn,

Esquire, Mandelbaum, Fitzsimmons, Hewitt & Cain, P.A., P.O. Box 3373, Tampa, FL  33601,

jnc@manfitzlaw.com, mcv@manfitzlaw.com and ecu@manfitzlaw.com.

/s/ Chad S. Lucas
Chad S. Lucas, Esquire
FBN 132225
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:     (407) 420-1414
Facsimile:     (407) 245-3356
Primary email: CLucas@forthepeople.com
Secondary email: ABatz@forthepeople.com
Secondary email: JMitchell@forthepeople.com
Attorneys for Plaintiff

Filing # 90061198 E-Filed 05/23/2019 08:09:07 PM

**IN THE CIRCUIT COURT OF THE**
**FIFTH JUDICIAL CIRCUIT, IN AND**
**FOR MARION COUNTY, FLORIDA**

**CASE NO:  2019-CA-0798**

**MEREDITH VERRECCHIA,**

        **Plaintiff,**

**vs.**

**AMICA MUTUAL INSURANCE**
**COMPANY,**

        **Defendant.**

_____ /

## REQUEST FOR ADMISSIONS TO DEFENDANT

PURSUANT to Florida Rule of Civil Procedure 1.370, Plaintiff, **MEREDITH VERRECCHIA**, request Defendant, **AMICA MUTUAL INSURANCE COMPANY**, to admit in writing the truth of the matters set forth below on or by the thirtieth (30th) day after service of this Request for Admission.

1.      Please admit that at all times material to the Complaint, Defendant was and is a corporation licensed to do business in Florida and engaged in the business of automobile insurance.

2.      Please admit that Defendant maintains agents in Marion County, Florida, to transact its customary business in Florida.

3.      Please admit that Defendant insured Plaintiff under an automobile insurance policy which provides Uninsured Motorist Protection benefits for the subject accident, policy number 98090920LT.

1

4.    Please admit that the above-described automobile policy which Defendant issued was in full force and effect for the subject accident and provides coverage for Uninsured Motorist Protection benefits for the personal injuries Plaintiff sustained in the subject accident.

5.    Please admit that the above-styled Court, in and for Marion County, Florida, has jurisdiction over Plaintiff's claim against Defendant.

6.    Please admit that Defendant failed to pay Plaintiff's Uninsured Motorist Protection claim without "reasonable proof to establish" that Defendant was not responsible for the payment.

7.    Please admit that Plaintiff's policy with Defendant is required to conform to all requirements of Sections 627.727, *Florida Statutes*.

8.    Please admit that Plaintiff's policy with Defendant, even if it does not by its own terms comply with the requirements set forth in Sections 627.727 *Florida Statutes*, is deemed to provide insurance for the payment of the required benefits and should be interpreted to meet the other requirements set forth in the Florida Statutes.

9.    Please admit that as a result of the subject accident, Plaintiff sustained personal injuries.

10.    Please admit that as a result of the subject accident, Plaintiff has sustained permanent injuries.

11.    Please admit that Plaintiff's medical expenses were reasonable and necessary for the care and treatment of the injuries sustained in the subject accident.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Courts by using the Florida Courts eFiling Portal. I further certify that Pursuant to Rule 2.516(b)(1) I forwarded the foregoing this same day via: **X** Email, ☐ U.S. Mail – postage

paid, ☐ facsimile transmission, to:  John N. Cain, Jr., Esquire and Madeleine C. Vaughn,
Esquire, Mandelbaum, Fitzsimmons, Hewitt & Cain, P.A., P.O. Box 3373, Tampa, FL  33601,
jnc@manfitzlaw.com, mcv@manfitzlaw.com and ecu@manfitzlaw.com.

*/s/ Chad S. Lucas*
Chad S. Lucas, Esquire
FBN 132225
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:    (407) 420-1414
Facsimile:    (407) 245-3356
Primary email: CLucas@forthepeople.com
Secondary email: ABatz@forthepeople.com
Secondary email: JMitchell@forthepeople.com
Attorneys for Plaintiff

3

Filing # 90061198 E-Filed 05/23/2019 08:09:07 PM

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN AND
FOR MARION COUNTY, FLORIDA

CASE NO: 2019-CA-0798

MEREDITH VERRECCHIA,

        Plaintiff,

vs.

AMICA MUTUAL INSURANCE
COMPANY,

        Defendant.

_____ /

## PLAINTIFF'S REQUEST FOR PRODUCTION

COMES NOW the Plaintiff, **MEREDITH VERRECCHIA**, by and through the undersigned counsel and hereby requests that Defendant, **AMICA MUTUAL INSURANCE COMPANY**, produce for inspection or copying the documents set forth below. Defendant shall produce these documents at 20 North Orange Avenue, Suite 1600, P.O. Box 4979, Orlando, Florida 32802 within thirty (30) days after service of this Request for Production.

### I. Definitions

As used throughout this Request to Produce, the following terms are defined as follows:

A.     "Document" is used in the broad sense and means any tangible object or thing that contains, conveys, or records information. Production is required of the <u>original</u>, or any copy if the original is not available, of any book, record, minutes of meetings, reports and/or summaries of interviews, reports and/or summaries of investigations; opinions or reports of consultants; opinions of counsel; communications of any nature, including internal company communications, memoranda, telegrams, telexes, letters, notes of telephone conferences, agreements, reports or summaries of negotiations, brochures, pamphlets, advertisements, circulares, trade letters, press releases, drafts and revisions of drafts of documents, any written, printed, typed or other graphic matter of any kind or nature, drawings, photographs, paper, communication, chart, tap, disk, card, wire or other electronic or mechanical recording or transcript or any other instrument or device from which information can

be perceived, in the employees or agents, or known by Plaintiff to exist, unless otherwise privileged.

"Document" also includes copies containing information <u>in addition to that contained on the original</u> (such as notations, computations, attachments, etc.), and shall include all copies of documents by whatever means made and whether or not claimed to be privileged or otherwise excludable from discovery. To the extent that a request that a request calls for the production of multiple identical documents or things, only one copy of each such identical documents or things need be produced. Two copies are not identical if one of the copies has any information, writing, printing, or other marks not present on the other of the copies.

If any tape, disk, card, wire, or other electronic or mechanical recording or transcript or any computer program is produced, such documents as are necessity for the decoding, putting back, printing out and/or interpretation thereof, and any other documents which are necessity to convert such information into a useful and necessity to convert such information into a useful and usable format shall also be produced, in order to make this request under Rule 1.350 meaningful and genuine.

B.    "Person" means any natural person, public or private corporation (whether or not organized for profit), partnership, unincorporated association, governmental agency or body, or other legal entity.

C.    "Company" means any business or governmental entity to which this request is addressed and includes all of its affiliated, subsidiaries, parents, divisions, successors in interest, and predecessors as well as all of its directors, officers, principals, partners, employees, agents, representatives, attorneys, any other persons working for or on behalf thereof, whether temporary or permanent, and any "person" in which Plaintiff has acquired an interest.

D.    "Statement" means (1) any written statement made by a person and signed or otherwise adopted or approved by him; or (2) any stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement made by that person and recorded contemporaneously with the making of such oral statement.

E.    As may be used in these Request "and" is conjunctive (meaning, e.g., A <u>and</u> B); and "or" is disjunctive and inclusive (meaning, e.g., A or B, or both). No answer should be withheld, or limited, because it refers or relates to only one, or to more than one, item in a request.

F.    As may be used in this Request to Produce, the terms "trademark" and "service mark" shall be considered interchangeable, and the term "mark" shall be considered to refer to any trademark, service mark, trade name, or business designation, or any other word, symbol, design, logo, title, or slogan used to identify the source of origin

2

of products or services. References to 'products" or "goods" shall be considered to include services.

## II. Claim of Privilege

If any document or statement is withheld from this request under a claim of privilege, then please furnish a list which identifies each document or statement for which privilege is claimed and include the following information for each such document:

1.    Description sufficient to identify.
2.    The date(s).
3.    The subject matter(s).
4.    The sender(s) or author(s).
5.    The recipient(s).
6.    The persons to who copies were furnished, together with their job titles.
7.    The present depository or person having custody of the document.
8.    The nature and basis of privilege or immunity claimed.
9.    The paragraph(s) of this request to which each such document or statement relates or corresponds.

## III.  Grouping or Numbering of Items Produced.

Pursuant to Fla. R. Civ. P. 1.350, it is requested that the document or other items submitted in response to this Request to Produce be organized and labeled according to the individual paragraphs of the request to which they are responsive, and within each group, arranged in chronological order.

## IV.  Place, time, and manner of response.

A response to this Request to Produce is due within thirty (30) days after service of this Request to Produce, and shall be made at the offices of Morgan & Morgan, P.A., 20 N. Orange Avenue, Suite 1607, Orlando, FL 32801, or at such other place as the parties may agree.  Authentic copies of document may be supplied, provided that existing originals are available for inspection, examination, and comparison.

## **DEFENDANT SHALL PRODUCE THE FOLLOWING ITEMS AND MATTERS:**

1.    All statements made by any occupants of the vehicles involved in the subject accident.

2.    All statements made by any witnesses to the subject accident.

3.    All statements made by Plaintiff pertaining to or concerning the subject matter.

4.    All photographs of the vehicles involved in the subject accident showing damages sustained or alternatively, the right to inspect such vehicles.

5.    All photographs of Plaintiff depicting injuries received in the subject accident.

6.    A copy of any and all insurance agreements, insurance policies or agreements of any kind or nature under which any person or company carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in this action or to indemnify or reimburse any payments made to satisfy any such judgment or settlement, including but not limited to a certified copy of the declarations sheet as to each such policy.

7.    Documents relating to or discussing repairs or maintenance to Plaintiff's vehicle that were done for the six (6) month period of time preceding and including the date of the accident and for the six (6) month period of time following the date of the accident.

8.    The repair bill and estimates for the repairs to any of the vehicles involved in the accident for damages incurred in the accident.

9.    Documents relating to or discussing any statements made by Defendant.

10.    All photographs of the accident scene and surrounding areas.

11.    Any surveillance video/pictures of Plaintiff taken following the subject accident.

12.     Any records reflecting the towing of any vehicles involved in the accident from the scene of the accident.

13.     A copy of the driver's license of any drivers involved in the subject accident that existed on the date of the accident as well as the current driver's license.

14.     Any and all medical records of the Plaintiff, including but not limited to documents reflecting any treatment, care or diagnosis of Plaintiff.

15.     Any and all requests and medical records received from prior authorizations received from the Plaintiff.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Courts by using the Florida Courts eFiling Portal.  I further certify that Pursuant to Rule 2.516(b)(1) I forwarded the foregoing this same day via: **X** Email, ☐ U.S. Mail – postage paid, ☐ facsimile transmission, to:   John N. Cain, Jr., Esquire and Madeleine C. Vaughn, Esquire, Mandelbaum, Fitzsimmons, Hewitt & Cain, P.A., P.O. Box 3373, Tampa, FL  33601, jnc@manfitzlaw.com, mcv@manfitzlaw.com and ecu@manfitzlaw.com.

*/s/ Chad S. Lucas*
Chad S. Lucas, Esquire
FBN 132225
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:     (407) 420-1414
Facsimile:     (407) 245-3356
Primary email: CLucas@forthepeople.com
Secondary email: ABatz@forthepeople.com
Secondary email: JMitchell@forthepeople.com
Attorneys for Plaintiff

# MORGAN & MORGAN®

*—— Attorneys At Law ——*

20 N. ORANGE AVENUE, 16TH FLOOR
POST OFFICE BOX 4979
ORLANDO, FL 32802-4979
(407) 420-1414
FAX: (407) 425-8171

March 6, 2019

Sent via fax and email to Mr. Kubik

*801178971*

Amica Mutual Insurance Company
ATTN: Glenn Kubik
NE Regional Scan Center
P.O. Box 9690
Providence , RI 02940-9690

Re:    Our Client:    Meredith Verrecchia
       Your Insured:  Meredith & Paul Verrecchia
       Claim No:      60003056456
       Date of Loss:  1/10/2018

Dear Mr. Kubik :

Enclosed herewith please find additional documents from Rose Radiology, Universal Spine & Joint Specialists to be included in our demand portfolio dated November 6, 2018 concerning our client, Meredith Verrecchia. She has had *multiple Cervical Epidural steroid injections and also cervical medical branch destruction via thermal ablation and third occipital nerve destruction bipolar thermal ablation.*

We are hereby demanding $500,000 for full and final settlement to resolve this case. To date, Ms. Verrecchia is currently seeking additional treatment. We will forward records/bills once we are in receipt of those.

After you have had an opportunity to properly evaluate Mrs. Verrecchia's personal injury claim, please contact me to discuss settlement negotiations. I look forward to hearing from you within 14 days of your receipt of this letter, and hopefully, bringing this matter to an amicable resolution. You can reach me directly at (407) 849-2382 or bjones@forthepeople.com.

Sincerely,

Chad S. Lucas, Esquire

CSL\bmj

Enclosures

cc:    Meredith Verrecchia

—————————————— www.forthepeople.com ——————————————

EXHIBIT
**8**

## Special Damages

**8317897 - Verrecchia, Meredith vs. Levrick, Tina Verrecchia, Meredith**

| Provider / Dates of Service Date Paid | Type | Total Charges | Date of LOP | Lien Amount | Date Sent | Date Due / Account Number | Bill/Report Requested | Bill? Deduct? |
|---|---|---|---|---|---|---|---|---|
| ███████ | ███████ | $7,340.00 | | | | | ☐ | ☐ |
| 01/15/2018 - 10/22/2018 | | | | | | | | |
| | SUBTOTAL: | $7,340.00 | | | | | | |
| ███████ | ███████ | $305.12 | | | | 5104849 | ☐ | ☐ |
| 01/12/2018 - | | | | | | | | |
| | SUBTOTAL: | $305.12 | | | | | | |
| ███████ | ███████ | $617.32 | | | | 3748-EMO66 | ☐ | ☐ |
| 05/24/2018 - 07/25/2018 bal per statement 93.46 | | | | | | | | |
| | SUBTOTAL: | $617.32 | | | | | | |
| ███████ | ███████ | $5,503.00 | | | | | ☐ | ☐ |
| 05/07/2018 - 08/21/2018 paid doctor 384.27 2/4 | | | | | | | | |
| | SUBTOTAL: | $5,503.00 | | | | | | |
| ███████ | ███████ | $3,372.68 | | | | | ☐ | ☐ |
| 04/11/2018 - 07/28/2018 | | | | | | | | |
| | SUBTOTAL: | $3,372.68 | | | | | | |
| ███████ | Medical Bills | $6,806.52 | | | | 1022785 | ☐ | ☐ |
| 03/07/2019 - 01/25/2019 | | | | | | | | |
| | SUBTOTAL: | $6,806.52 | | | | | | |
| ███████ | ███████ | $24,207.82 | | | | | ☐ | ☐ |
| 11/05/2018 - 02/25/2019 | | | | | | | | |
| | SUBTOTAL: | $24,207.82 | | | | | | |

Page 1 of 2

3/6/2019
10:59:44AM

8317897 - Verrecchia, Meredith vs. Levrick, Tina
Verrecchia, Meredith

| Provider / Dates of Service Date Paid | | | | | | | | | |
| Type | Total Charges | Date of LOP | Lien Amount | Date Sent | Date Due/ Account Number | Bill/Report Requested | Bill? | Deduct? | |

Verrecchia, Meredith
05/01/2018 -

$399.99

Inversion table

SUBTOTAL:    $399.99

TOTAL:    $48,552.45

End of report

Filing # 90079997 E-Filed 05/24/2019 11:06:04 AM

## IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR MARION COUNTY, FLORIDA
## CIVIL DIVISION

**MEREDITH VERRECCHIA,**

     **Plaintiff,**                             **Case No.: 2019- CA-0798**

**vs.**

**AMICA MUTUAL INSURANCE
COMPANY,**

     **Defendants.**

_____/

### NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

     COMES NOW, the Defendant, AMICA Mutual Insurance Company, by and through undersigned counsel, hereby gives notice that they have prepared and are filing a Notice of Removal of this action to the Federal Court pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1367.

### CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed online using the Florida E-Filing Portal as mandated by Fla. R. of J. Admin 2.516(b)(1) with copies being furnished to **Chad S. Lucas, Esq., Morgan & Morgan, P.A.** (clucas@forthepeople.com ; abatz@forthepeople.com ; jmitchell@forthepeople.com) this 25 day of May 2019.

                    **MANDELBAUM, FITZSIMMONS, HEWITT
                    & CAIN, P.A.**

                    **JOHN N. CAIN JR., ESQ., FBN: 0753181
                    MADELEINE C. VAUGHN, ESQ., FBN: 1010615**
                    Post Office Box 3373
                    Tampa, Florida 33601
                    Telephone: (813) 221-0200
                    Fax: (813) 221-8558
                    Primary Service Email: jnc@manfitzlaw.com
                    Secondary Service Emails: mcv@manfitzlaw.com
                    ecu@manfitzlaw.com
                    *Attorneys for Defendant AMICA*

**EXHIBIT**

**9**

**IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT**
**IN AND FOR MARION COUNTY, FLORIDA**
**CIVIL DIVISION**

**MEREDITH VERRECCHIA,**

    **Plaintiff,**                      **Case No.: 2019- CA-0798**

**vs.**

**AMICA MUTUAL INSURANCE**
**COMPANY,**

    **Defendants.**

_____/

## NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

COMES NOW, the Defendant, AMICA Mutual Insurance Company, by and through undersigned counsel, hereby gives notice that they have prepared and are filing a Notice of Removal of this action to the Federal Court pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1367.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed online using the Florida E-Filing Portal as mandated by Fla. R. of J. Admin 2.516(b)(1) with copies being furnished to **Chad S. Lucas, Esq., Morgan & Morgan, P.A.** (clucas@forthepeople.com ; abatz@forthepeople.com ; jmitchell@forthepeople.com) this _25_ day of May 2019.

    **MANDELBAUM, FITZSIMMONS, HEWITT**
    **& CAIN, P.A.**

    _____
    **JOHN N. CAIN JR., ESQ., FBN: 0753181**
    **MADELEINE C. VAUGHN, ESQ., FBN: 1010615**
    Post Office Box 3373
    Tampa, Florida 33601
    Telephone: (813) 221-0200
    Fax: (813) 221-8558
    Primary Service Email: jnc@manfitzlaw.com
    Secondary Service Emails: mcv@manfitzlaw.com
    ecu@manfitzlaw.com
    _Attorneys for Defendant AMICA_